**UNPUBLEHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1460**

---

RHONDA R. LILLIE,

Plaintiff - Appellant,

versus

LIFETOUCH NATIONAL SCHOOL STUDIOS,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior
District Judge.  (CA-96-245-2)

---

Submitted:  February 12, 1998     Decided:  February 24, 1998

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Rhonda R. Lillie, Appellant Pro Se.  Douglas Edwin Miller, MCGUIRE,
WOODS, BATTLE & BOOTHE, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rhonda R. Lillie appeals the district court's order granting the Defendant summary judgment on her employment discrimination suit. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Lillie v. Lifetouch National School Studios</u>, No. CA-96-245-2 (E.D. Va. Mar. 5, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>